UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**JUSTIN ROBERT LYONS**<br><br>**Defendant.** | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br><br>18 U.S.C. §§ 2252(a)(2) & (b)(1)<br>18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)<br><br>**FORFEITURE ALLEGATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
(Distribution of Child Pornography)

1. From on or about November 13, 2024 through on or about December 16, 2024, the exact dates being unknown, in the Southern District of Ohio, the defendant, **JUSTIN ROBERT LYONS**, did knowingly distribute one or more visual depictions using any means and facility of interstate and foreign commerce, including the internet and a cellular phone, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depictions being of such conduct, to wit: digital files depicting prepubescent and pubescent minors engaged in sex acts with adults, masturbation, sadistic and masochistic abuse, and the lascivious exhibition of their genitalia, anus, and pubic region.

In violation of 18 U.S.C. §§ 2252(a)(2) & (b)(1).

## COUNT TWO
(Possession of Child Pornography)

2. On or about February 13, 2025, in the Southern District of Ohio, the defendant, **JUSTIN ROBERT LYONS**, knowingly possessed matter, that is, digital media devices that contained one or more visual depictions, the production of such visual depictions having involved the use of prepubescent minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such visual depictions being of such conduct, and such visual depictions had been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2).**

## FORFEITURE ALLEGATION

3. The allegations of this Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 2253.

4. Upon conviction of an offense in violation of 18 U.S.C. § 2252 as alleged in this Information, the defendant, **JUSTIN ROBERT LYONS**, shall forfeit to the United States, in accordance with 18 U.S.C. § 2253(a)(1) and (3):

   (a) all matter containing visual depictions of child pornography and child erotica, transported, mailed, shipped, or possessed in violation of 18 U.S.C. § 2252; and

   (b) all property used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252, including, but not limited to the following:

   - One black Samsung Galaxy Note 20 Ultra with the associated IMEI 356556770559871.

**Forfeiture notice in accordance with 18 U.S.C. § 2253(a)(1) and (3) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**DOMINICK S. GERACE II**
United States Attorney

*Emily Czerniejewski*

**JENNIFER M. RAUSCH (0075138)**
**EMILY CZERNIEJEWSKI (IL 6308829)**
Assistant United States Attorneys

3